UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR TAGLE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et. al.*,<br><br>　　　　Defendants. | Case No.: 3:17-CV-00497-RCJ-VPC<br><br><br>ORDER |

On June 19, 2018, the Court entered Order (ECF No. 3) denying Plaintiff's application to proceed *in forma pauperis* (ECF No. 1). It was further ordered that this action will be dismissed without prejudice unless Plaintiff pays the $400.00 filing fee in full within thirty (30) days. Plaintiff has failed to show good cause why this action should not be dismissed with prejudice for failure to comply with Court Order (ECF No. 3). Accordingly,

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE for Plaintiff's failure to comply with the Court Order (ECF No. 3). The Clerk of the Court shall close the case.

DATED this 24th day of July, 2018.

_____
ROBERT C. JONES
District Judge